UNITED STATES DISTRICT COURT

FOR

THE EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Steven Oneil Houston                                   Docket No. 1:18CR00127-001

## Second Addendum to
## Petition on Supervised Release

On April 4, 2024, Your Honor reviewed a Petition on Supervised Release charging Steven Oneil Houston with violations of his conditions of supervised release. On April 9, 2024, Mr. Houston appeared before Your Honor and, through counsel, did not contest the violations alleged in the petition. The Court found Mr. Houston in violation of his conditions of supervised release. The defendant was continued on supervision, with additional special conditions to include enrollment in the Location Monitoring Program with GPS, residential restrictions, and mandatory submission to mental health and substance abuse treatment assessments within thirty (30) days. A status conference was scheduled for July 9, 2024.

On July 8, 2024, an Addendum to the Petition on Supervised Release alleging additional violations was submitted and reviewed by Your Honor. On July 9, 2024, the status conference was held and Mr. Houston's special condition of home confinement with GPS monitoring was vacated. A final hearing on Revocation of Supervised Release was scheduled for September 17, 2024, at 8:30 a.m. Since that time, additional violations have been discovered and the Court is respectfully requested to consider the following:

SEE PAGE 2

### ORDER OF COURT

Considered and ordered this 11th day of September 2024 that the petition previously issued be amended and that this addendum be ordered filed and made part of the record in the above case.

/s/
Leonie M. Brinkema
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 11, 2024

Eddie Lawrence
Digitally signed by Eddie Lawrence
Date: 2024.09.11 14:31:17 -04'00'

Eddie Lawrence
U.S. Probation Officer
(703) 299-2267

Place  Alexandria, Virginia

TO CLERK'S OFFICE                                                                 DF-69 (Rev. 02/20)

USA vs. Steven Oneil Houston
Docket No.: 1:18CR00127-001

Page 2

| | |
|---|---|
| **SPECIAL CONDITION 1:** | THE DEFENDANT MUST REMAIN DRUG FREE AND SUBMIT TO MANDATORY DRUG TESTING. THE DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE UNITED STATES PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH PROGRAM MAY INCLUDE RESIDENTIAL TREATMENT AND TESTING, ALL AS DIRECTED BY THE PROBATION OFFICER. THE DEFENDANT SHALL WAIVE ALL RIGHTS OF CONFIDENTIALITY REGARDING SUBSTANCE ABUSE TREATMENT TO ALLOW THE RELEASE OF INFORMATION TO THE UNITED STATES PROBATION OFFICE AND AUTHORIZE COMMUNICATION BETWEEN THE PROBATION OFFICER AND THE TREATMENT PROVIDER. THE COSTS FOR TESTING AND TREATMENT ARE WAIVED. |

Having been ordered by the Court to submit to mandatory drug testing and participate in a program approved by the United States Probation Office for substance abuse, on September 6, 2024, our office was notified by the U.S. Probation Office for the District of Maryland that Steven Oneil Houston failed to comply by not reporting for numerous scheduled drug tests and treatment appointments. The dates are as follows:

The defendant failed to appear for substance abuse treatment on: July 30, August 6, 20, 27 and September 3, 2024.

The defendant failed to appear for drug testing on: August 1, 5, 12, 20, 29, and September 5, 2024.

| | |
|---|---|
| **SPECIAL CONDITION 2:** | THE DEFENDANT SHALL UNDERGO A MENTAL HEALTH EVALUATION AND, IF RECOMMENDED, PARTICIPATE IN A PROGRAM APPROVED BY THE UNITED STATES PROBATION OFFICE FOR MENTAL HEALTH TREATMENT. |

Having been ordered by the Court to participate in a mental health program approved by the United Stated Probation Office, Steven Oneil Houston failed to comply by not reporting for a psychiatric appointment on August 22, 2024. Attempts were made by the treatment provider to contact Mr. Houston on July 31, 2024, and August 21, 2024.

TO CLERK'S OFFICE                                                                                                   DF-69 (Rev. 02/20)

USA vs. Steven Oneil Houston
Docket No.: 1:18CR00127-001

Page 3

| | |
|---|---|
| **SPECIAL CONDITION 5:** | THE DEFENDANT SHALL MAKE A GOOD FAITH EFFORT TO PAY HIS FULL RESTITUTION OBLIGATION DURING SUPERVISED RELEASE WITH MINIMUM MONTHLY PAYMENTS OF $100, TO BEGIN 60 DAYS FROM RELEASE FROM CUSTODY, UNTIL PAID IN FULL. |

On September 6, 2024, our office was notified by the U.S. Probation Office for the District of Maryland that Steven Oneil Houston has not made a payment towards his restitution since July 1, 2024.

EL/cmf

TO CLERK'S OFFICE

DF-69 (Rev. 02/20)